UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

### CIVIL RIGHTS COMPLAINT FORM

Nestor Blanco, Jr.
Cin # 505776

CASE NUMBER: 8:13 cv 2874 T35EAJ
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Chris Nocco, Sheriff
C. Wieck
Mrs. Y. Bottass

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

FILED
2013 NOV 12 PM 2:11
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Pasco Detention Center
(Indicate the name and location)
20101 Central Boulevard, Land O'Lakes Fl. 34637

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (X)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                               1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (X)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (X)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (X)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (X)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (X)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (X)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
Yes ( ) No (X)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___15th___ day of ___October___, 2 __013__.

_____
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? I've sent many Medical Request forms (SO# ____) to the nurses and doctors.

2. What were the results? They stated, "Your Requests were placed for the doctors to review." I never seen a doctor.

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses. They are enclosed.

D. If your answer is NO, explain why not: N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 15th day of October, 2013.

_____
Signature of Plaintiff

✻ The Medical Department has all the Requests in my medical file.

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

    Plaintiff(s): _____N/A_____

    Defendant(s): _____N/A_____

2. Court (if federal court, name the district; if state court, name the county):

    _____N/A_____

3. Docket Number: _____N/A_____

4. Name of judge: _____N/A_____

5. Briefly describe the facts and basis of the lawsuit: _____N/A_____

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

    _____N/A_____

7. Approximate filing date: _____N/A_____

8. Approximate disposition date: _____N/A_____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: None.

DC 225 (Rev. 9/03)  5

___None.___

V. **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Nestor Blanco, Jr.

   Mailing address: 20101 Central Boulevard
   Land O' Lakes, FL. 34637

B. Additional Plaintiffs: None

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Chris Nocco

   Mailing Address: 8700 Citizen Drive
   New Port Richey, FL. 34654-5501

   Position: Sheriff of Pasco County

   Employed at: Pasco County Sheriff's Administration

D. Defendant: Officer C. Wieck

   Mailing Address: 20101 Central Boulevard
   Land O' Lakes, FL. 34637

   Position: Dormitory Officer - A-100

   Employed at: Pasco Detention Center

DC 225 (Rev. 9/03)                     6

E.  Defendant: _Mrs. J. Bottoms_
    Mailing Address: _20101 Central Boulevard Land O' Lakes, FL. 34637_
    Position: _Dorms Registered Nurse_
    Employed at: _"Medical" at Pasco Detention Center_

F.  Defendant: _N/A_
    Mailing Address: _N/A_
    Position: _N/A_
    Employed at: _N/A_

G.  Defendant: _N/A_
    Mailing Address: _N/A_
    Position: _N/A_
    Employed at: _N/A_

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Fourteenth (14th) Amendment to the Constitution of The United States, including: (A) The right to be free from cruel and unusual punishment, (B) The right to minimal due process safe guards in decisions determining fundamental liberties, (C) The right to be fed, housed, and clothed so as not to be subjected to loss of health or life. Cite As: 309 F. Supp. 362.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Pasco Detention Center Medical Department was informed that I was assigned to a top bunk at the age of (56) fifty-six years old. I had asked specifically the nurses to please issue me a bottom bunk pass. Due to the fact that I am taking high blood pressure medicine, and at times I get a little dizzy or like moving too fast and half asleep. I have to step on a little table on the side of the bunk, because we don't have a little or small ladder to climb

**Statement of Facts, continued:**

up and down. They do have small ladders in the other dormitories. The reply they gave me was "We will check with the doctors." Plus I told the "Medical Department" both of my feet are constantly numb and swollen. On or about April 30, 2012, approx. around 1:00 p.m. I woke up and was trying to come down from the top bunk when suddenly I slipped going down head first. My left leg hit the seat, which is the front part of the leg below the knee (called shin), the seat is made of steel. My left side the lower hip hit the steel table on the way down to the concrete floor, when my shin hitted the steel seat it caused my leg and left foot to come up quickly hitting the steel edge of the table with the Achilles tendon. Coming down both of my knees (slammed) onto the concrete floor, I used both of my elbows to hit the concrete floor protecting my face, teeth, and head. I told the Nurse Mrs. Y. Bottoss everything, the nurse saw the huge "ten inch diameter bruise black, blue and swollen. She ordered immediately X-rays. Ever since the incident I can't stand long without a cane. I am not receiving proper medical attention. Please, I am in need of M.R.I. for soft tissue damage.

VIII. <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

I would like to see myself receiving the proper medical attention. A M.R.I. to examine how much damage I received from the fall, on my knees, shin, achilles tendon, the left lower back or pelvis bone, and my elbows that slammed unto the concrete. For pain and suffering, with future medical expensives ($100,000.00) one-hundred thousand dollars.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __15th__ day of __October__, 2 __013__.

_____
_____
_____
_____
(Signatures of all Plaintiffs)

**Pasco Sheriff's Office**
**Detention Bureau**

*MEDICAL/MENTAL HEALTH REQUEST FORM*

## A MEDICAL REQUEST IS REQUIRED BEFORE SERVICES ARE RENDERED
## UNLESS THE SITUATION IS AN EMERGENCY

1. NO INMATE WILL BE DENIED HEALTH CARE FOR ANY REASON.

2. Inmates will be properly dressed when reporting to sick call and when receiving medications.

3. Inmates use of offensive language in the presence of the nurse will be subject to disciplinary action.

4. Medications will be dispensed between the hours of 0600-0800 and 1600-1800, or as ordered by the physician. Inmates receiving medications will report to their housing unit door when medication rounds are announced.

5. Medications must be taken in the presence of the nurse. Inmates will bring a cup of water, if needed, to take medication. Inmates refusing to take prescribed medications must sign a refusal of services form (PSO# 4-0126). All refusals will be reviewed by medical staff.

6. Misuse of medication will be subject to disciplinary action.

7. Sick call is conducted daily. Clinic visits are scheduled by the nurse.

**DESCRIBE IN DETAIL YOUR MEDICAL PROBLEM:** "Something is wrong!!"

Doctor: Today like others I received a tray different from others. There have been times when I get a tray like everyone else. I feel better and am not hungry at night. I ask to be re-evaluated for Special Diet Program. My health is weakening and that's why I fell off the top bed on April 30, 2012 at apx. 1:00pm because both of my feet are having pins and needles like numbness. Please, remove me from the Special diet. I need strength and appetite.

I AUTHORIZE THE PASCO COUNTY DETENTION FACILITY MEDICAL STAFF TO REMEDY OR EVALUATE THE ABOVE CONDITION OR CONDITIONS. Thank you very much. God Bless you!!

6-1-10

Inmate Name: (print) Nestor Blanco, Jr.    Housing Unit: A-1002-Bot

Inmate Signature: Nestor Blanco Jr.    Date: May 02, 2012

06-01-2010

FEES FOR MEDICAL SERVICES WILL BE DEDUCTED FROM YOUR INMATE COMMISSARY ACCOUNT.

**MEDICAL USE ONLY:**
5/4/12 — Your diet is the same as every other I/M and that will not change. If you believe you need more food then have family or friends put $ on your commissary acct.

PSO# 40014 (Rev. 6/09)

**Pasco Sheriff's Office**
*Detention Bureau*

# MEDICAL/MENTAL HEALTH REQUEST FORM

## A MEDICAL REQUEST IS REQUIRED BEFORE SERVICES ARE RENDERED
## UNLESS THE SITUATION IS AN EMERGENCY

1. NO INMATE WILL BE DENIED HEALTH CARE FOR ANY REASON.

2. Inmates will be properly dressed when reporting to sick call and when receiving medications.

3. Inmates use of offensive language in the presence of the nurse will be subject to disciplinary action.

4. Medications will be dispensed between the hours of 0600-0800 and 1600-1800, or as ordered by the physician. Inmates receiving medications will report to their housing unit door when medication rounds are announced.

5. Medications must be taken in the presence of the nurse. Inmates will bring a cup of water, if needed, to take medication. Inmates refusing to take prescribed medications must sign a refusal of services form (PSO# 4-0126). All refusals will be reviewed by medical staff.

6. Misuse of medication will be subject to disciplinary action.

7. Sick call is conducted daily. Clinic visits are scheduled by the nurse.

(Jul 18 12 10:38 A.m.)

**DESCRIBE IN DETAIL YOUR MEDICAL PROBLEM:**

Nurse: You told me I would be schedule to see the doctor about the constant pain in my knees, left lower hip and back, my elbows. I can't stand long every time they call "Med-Call". I desperately need at least a cane and something for this pain. Thank you very much.

**I AUTHORIZE THE PASCO COUNTY DETENTION FACILITY MEDICAL STAFF TO REMEDY OR EVALUATE THE ABOVE CONDITION OR CONDITIONS.**

Inmate Name: (print) Nestor Blanco, Jr.      Housing Unit: A-602-Bottom
Inmate Signature: Nestor Blanco Jr.           Date: 07-16-2012

FEES FOR MEDICAL SERVICES WILL BE DEDUCTED FROM YOUR INMATE COMMISSARY ACCOUNT.

**MEDICAL USE ONLY:**
7/18/12 - Your request was placed for the Dr. to review. She did and gave no new orders. She was advised you were requesting a cane.

Initials are "Ms. V.B."
Nurse Ms. Bottoms told me this is Nurse Ms. V.B. handwriting. She is a blonde, tall 6' feet.

PSO# 40014 (Rev. 6/09)

**Pasco Sheriff's Office**
**Detention Bureau**

# REQUEST FOR ADMINISTRATIVE REMEDY

FROM: Blanco, Nestor Jr.    A-109-B    #563771
Last Name / First Name / Middle Initial    Housing Unit / Cell    CIN#

## INMATE GRIEVANCE

Sir/Madam:
Since I've seen the nurse, I show her my swollen knees. She clearly tell me that she would inform the doctor that I needed X-rays. This was over (2) two weeks that I've been waiting. This is causing me to suffer unnecessarily. I am in need of medical attention. This has been a chronic problem since I fell on April 30th, 2012. Please, I would appreciate your assistance in this urgent matter. Thank you very much.

Date: 9/14/2012    Inmate Signature: Nestor B Blanco Jr.

I acknowledge receipt this date _____ of a complaint from the above inmate. _____
Receiving Official Signature

### FOR STAFF RESPONSE ONLY

☐ NOT a GRIEVANCE    GRIEVANCE: ☐ Approved  ☒ Disapproved

The nurse placed your chart up for review by the provider and no new orders were written. At the time of the fall, you complained only of problems with the left knee, an xray was done that day and showed no abnormality. According to the incident report of 4/30/12, you complained only of hitting your left leg on a chair when you fell off your bunk. Ibuprofen is available from commissary.

Date: 9/20/12    Signature of Member Investigating: S Erwin RN    Designated Supervisor: [signature]

PSO# 4-0027 (Rev. 6/07)    WHITE - Record    YELLOW - File    PINK - Inmate Answer    GOLD - Inmate Receipt

**Pasco Sheriff's Office**
*Detention Bureau*

*MEDICAL/MENTAL HEALTH REQUEST FORM*

## A MEDICAL REQUEST IS REQUIRED BEFORE SERVICES ARE RENDERED
### UNLESS THE SITUATION IS AN EMERGENCY

MAR30 12:20

1. NO INMATE WILL BE DENIED HEALTH CARE FOR ANY REASON.

2. Inmates will be properly dressed when reporting to sick call and when receiving medications.

3. Inmates use of offensive language in the presence of the nurse will be subject to disciplinary action.

4. Medications will be dispensed between the hours of 0600-0800 and 1600-1800, or as ordered by the physician. Inmates receiving medications will report to their housing unit door when medication rounds are announced.

5. Medications must be taken in the presence of the nurse. Inmates will bring a cup of water, if needed, to take medication. Inmates refusing to take prescribed medications must sign a refusal of services form (PSO# 4-0126). All refusals will be reviewed by medical staff.

6. Misuse of medication will be subject to disciplinary action.

7. Sick call is conducted daily. Clinic visits are scheduled by the nurse.

**DESCRIBE IN DETAIL YOUR MEDICAL PROBLEM:**

Doc: My spoke to my wife (she is into medical) and I explained to her I need Potassium. We don't get bananas here. Please, see if you can give me some kind of Nutritional Drink, and I am not getting enough proteins. For some reason my legs are very weak and throbbing all the time Now. What's going on???

**I AUTHORIZE THE PASCO COUNTY DETENTION FACILITY MEDICAL STAFF TO REMEDY OR EVALUATE THE ABOVE CONDITION OR CONDITIONS.**

Inmate Name: (print) Nestor Blanco, Jr.     Housing Unit: B602

Inmate Signature: Nestor Blanco, Jr.     Date: 3/29/13

**FEES FOR MEDICAL SERVICES WILL BE DEDUCTED FROM YOUR INMATE COMMISSARY ACCOUNT.**

**MEDICAL USE ONLY:**

4/2/13 This request was placed up for medical review RTM.

we have bananas now!!
yes/no at!!

PSO# 40014 (Rev. 6/09)

To The Clerk of Court:

I hope and pray I've followed all your instructions.

RECEIVED 2013 NOV 12 PM 2:13 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

1. The first package is yours.

2. The Law Librarian Officer assisted me.

3. I've enclosed everything I have to show how I have tried to get my help. To demonstrate my exhaustion. I've been disrespected, lied to, never brought me a cane. They are lying that I only complained about my left knee. It was not my left knee, it was my left shin and all my body. As you see on the inmate grievance of 9/20/12. There was no X-Ray of my left knee. It was a X-Ray of my left shin. Also, false information has been given by saying I hit a chair when I fell off my bunk. We don't have any chairs in the cell. The chairs in the L.V. are made of plastic. You see they still refused to give me pain medication. Then, being sarcastic by telling me you want something for pain buy it on the commissary. That's so cruel and merciless. We have to pray for them.


"To the Clerks Office"
United States District Court
Sam M. Gibbons US Courthouse
801 North Florida Avenue Room 218
Tampa, Florida
33602-3800

Tampa/St Pete
FRI 08 NOV 2013

SCREENED BY USMS